**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AUG 0 4 2017

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
vs.                                 )     CASE NUMBER   17-MJ-7065-SCW
                                    )
DUSTIN A. MEDLIN                    )
                                    )     Title 18, United States Code
                                    )     Section 2113(a)
                    Defendant.      )

## CRIMINAL COMPLAINT

I, Christopher M. Bockelmann, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### BANK ROBBERY

On or about July 26, 2017, in Madison County, within the Southern District of Illinois,

### DUSTIN A. MEDLIN,

defendant herein, by force and violence, and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of Associated Bank, a bank whose accounts were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Section 2113(a).

### COUNT 2

#### BANK ROBBERY

On or about July 31, 2017, in Madison County, within the Southern District of Illinois,

### DUSTIN A. MEDLIN,

defendant herein, by force and violence, and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of First Mid-Illinois Bank and Trust, a bank whose accounts were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Section 2113(a).

## AFFIDAVIT

1.      Your affiant, Christopher M. Bockelmann, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for over one year, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code.  Your affiant also has nine years prior law enforcement experience as a municipal Police Officer for the City of Florissant, Missouri.  Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois, Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

2.      The statements contained in this affidavit are based on the investigation of your affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein.

3.      On July 26, 2017, at approximately 4:13 p.m., an adult white male wearing a baseball hat with a green bill, sunglasses, maroon t-shirt, blue jean shorts, white tennis shoes, and described as having a sunken-in mouth, entered the Associated Bank located at 1 Junction Drive West, Glen Carbon, Illinois, within the Southern District of Illinois, through the main customer entrance/exit doors.  Upon entering the bank, the white male went to the deposit slip area and took a deposit slip.  He then walked to the teller window where a teller with the initials

K.M. was working and passed her a note. The first thing K.M. read on the note was "I'm armed." The white male then said, "Give me everything that is in your drawer. Don't press any buttons and no one will get hurt." K.M. removed all of the money that was in her drawer and gave it to the white male at her teller window.

4.     The white male then exited the bank with the United States currency through the main customer entrance/exit doors. K.M. observed the adult white male exit the doors and turn left, which is westbound.

5.     Law enforcement officers later reviewed both inside and outside Associated Bank surveillance video, along with surveillance video of a nearby Car Wash located at 12 Junction Drive West, Glen Carbon, Illinois. Based on the surveillance video from the Car Wash, law enforcement officers concluded the white male described above ran westbound from the bank to a pick-up truck that was parked at a medical building located at 3 Junction West., Glen Carbon, Illinois. The white male matched the description of the bank robber and was seen on the video surveillance entering a two toned red and grey, late 1990's or early 2000's, single cab pick-up truck, with a chrome front end, and an extended flat bed. The truck appeared to have faded paint and front end damage. The white male drove off the parking lot and traveled eastbound on Junction Drive West.

6.     On July 31, 2017 at approximately 2:38 p.m. a white male wearing a baseball hat, sunglasses, and white t-shirt entered the First Mid-Illinois Bank and Trust located at 2143 South State Route 157, Edwardsville, Illinois, within the Southern District of Illinois, through the main customer entrance/exit doors. Upon entering the bank, the white male went to the deposit slip area. He then walked to the teller window where a teller with the initials S.G. was working and passed her a note. The white male told S.G., "You have 20 seconds." S.G. removed all of the

money from the top drawer and gave it to the white male. The white male took the note back from S.G. and exited the main customer entrance/exit doors.

7.      Surveillance video was reviewed by law enforcement officers and they were immediately able to determine that the white male was the same subject that had robbed the Associated Bank in Glen Carbon, Illinois on July 26, 2017.

8.      Law enforcement officers made the surveillance video footage images available to local news agencies which broadcasted images of the white male and the getaway truck on the local news.

9.      On August 3, 2017, law enforcement officers received three (3) separate calls from independent individuals stating they had seen the photos of the adult white male and the truck involved in the bank robberies and identified the adult white male as Dustin A. **MEDLIN**, date of birth 12/01/19XX.   One of the individuals responded to the Edwardsville Police Department and identified himself as **MEDLIN's** brother, with the initials of D.M.  D.M. told a law enforcement officer that the white male in the surveillance photos from the bank robberies was his brother **MEDLIN** and the truck in the photos belonged to a female with the initials of M.M., who is a relative of **MEDLIN**.

10.      Law enforcement officers using law enforcement and open source databases located a 1999 Dodge Ram pick-up truck with Illinois license plate 11252Y-B which is registered to M.M.

11.      I and other law enforcement officers were able to locate M.M. while she was driving the above described pick-up truck.  While comparing the surveillance photos from the Glen Carbon bank robbery of the truck, I was able to determine that M.M.'s truck and the truck utilized as a getaway vehicle are the same.

12.     A traffic stop was initiated by law enforcement officers and M.M. cooperated fully. M.M. stated **MEDLIN** is her son-in-law and that he was driving her vehicle on the days the two above banks were robbed.

13.     Law enforcement officers located and reviewed the publicly displayed Facebook profile page for **MEDLIN**.  Upon viewing multiple photographs of **MEDLIN**, law enforcement officers believe there is a strong resemblance (facial, height, and weight) to the July 26, 2017, and July 31, 2017, bank robber outlined in this affidavit.

14.     Law enforcement officers have researched **MEDLIN** using law enforcement computer databases and have fully identified him as: **MEDLIN**, white male, date of birth of 12/01/19XX.

15.     As a result of the bank robbery, Associated Bank suffered a loss of $2,365.00 in United States currency.  I have confirmed that at the time of the bank robbery, Associated Bank was insured by the Federal Deposit Insurance Corporation (FDIC).

16.     As a result of the bank robbery, First Mid-Illinois Bank and Trust suffered a loss of $1,482.00 in United States currency.  I have confirmed that at the time of the bank robbery, First Mid-Illinois Bank and Trust was insured by the Federal Deposit Insurance Corporation (FDIC).

FURTHER YOUR AFFIANT SAYETH NAUGHT.


CHRISTOPHER M. BOCKELMANN,
Special Agent, Federal Bureau of Investigation


State of Illinois          )
                           )   SS.
County of St. Clair        )


Sworn to before me and subscribed in my presence on the 4th day of August 2017, at East St. Louis, Illinois.


STEPHEN C. WILLIAMS
United States Magistrate Judge


DONALD S. BOYCE
United States Attorney


ANGELA SCOTT
Assistant United States Attorney